*efiled 4/4/07

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant TERAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00107 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| JOEL ANIBAL TERAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Wednesday, April 4, 2007, may be continued to Wednesday, April 18, 2007 at 9:00 a.m.  The reason for the requested continuance is that the parties are awaiting approval of a 37-month offer pursuant to Rule 11(c)(1)(C) and the fast-track memorandum of understanding.

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and [Proposed] Order Continuing
Hearing                                                            1

Dated: April 2, 2007

                                        s/_____
                                        CYNTHIA C. LIE
                                        Assistant Federal Public Defender

Dated: April 2, 2007

                                        s/_____
                                        ERIC D. ROSEN
                                        Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from April 4, 2007 to Wednesday, April 18, 2007 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: April 3, 2007

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge